UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Julie DeMillo, | ) | Court File No.: 07-3335-PAM-JSM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| Life Insurance Company of North America, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

_____

Pursuant to the Stipulation of Dismissal with Prejudice executed by Plaintiff and Defendant,

IT IS HEREBY ORDERED that judgment be entered dismissing the Plaintiff's claims against Defendant, with prejudice, and without costs or disbursements being assessed or charged to either party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  April  25,  , 2008         BY THE COURT:

                                                           S/Paul A. Magnuson

                                                           The Honorable Paul A. Magnuson

                                                           Judge of United States District Court